# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

147675

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 147675
                                   COA: 309245
                                   Livingston CC: 10-018981-FH

GORDON BENJAMIN WILDING,
      Defendant-Appellant.

_____/

      On April 2, 2014, the Court heard oral argument on the application for leave to appeal the July 16, 2013 judgment of the Court of Appeals. On order of the Court, we DIRECT the parties to file supplemental briefs within 28 days of the date of this order addressing whether the defendant waived his objections to the scoring of the offense variables. See MCL 769.34(10).

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015 _____



                           Clerk

t0318